# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

**NOTICE**

vs

Case Number: CR-17-234-C

BRIAN STEVEN EISCHEID

---

Type of Case            _CIVIL            XXX_**CRIMINAL**

---

***TAKE NOTICE***

That a proceeding in this case has been scheduled for the place, date and time set forth below:

---

Place: U.S. Courthouse                    COURTROOM NO. 501
    200 N. W. 4th Street                    **DATE AND TIME**
    Oklahoma City, Ok.   73102

                              **Wednesday, January 10, 2017 at 10:00 a.m.**

---

TYPE OF PROCEEDING

                    Waive & File

---

 TAKE   NOTICE: that the proceeding in this case has been rescheduled as indicated:

---

Place: U.S. Courthouse                    **Date and Time Previously Scheduled**
    200 N.W. 4th Street
    Oklahoma City, Ok.   73102

---

                          ROBIN J. CAUTHRON
                        U. S. DISTRICT JUDGE_____

DATE: December 12, 2017_____            _____s/ Linda Goode_____
                        BY DEPUTY CLERK

AUSA:    Jessica Perry
Dft's Counsel:   Mack Martin
Interpreter:    n/a